UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| COLUMBIA NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL AREA STORES, INC., d/b/a CLYDE'S MARKET, and MISTY SMITH,<br><br>Defendants. | Case No.   CV612-052 |

# ORDER

On July 12, 2012, plaintiff sent Misty Smith and her attorney a notice and request for waiver of service pursuant to Fed. R. Civ. P. 4(d). (Doc. 11-2). There was no response, which necessitated formal service of process, which plaintiff effected on August 27, 2012. (Doc. 7.) Plaintiff now moves to recover the costs associated with service, along with reasonable attorney's fees incurred in drafting the motion. (Doc. 11.) As Smith has not responded to the motion, it stands unopposed pursuant to S.D. Ga. LR 7.5.

Smith has not shown good cause for her failure to sign and return

the waiver of service. Therefore, the Court *"must"* impose on her the expenses occurred in making service and the reasonable expenses plaintiff incurred in filing its motion. Fed. R. Civ. P. 4(d)(2 (emphasis added). Plaintiff represents that it spent $175 on service costs and $187.50 in preparation of the motion, which took 1.5 hours to prepare. (Doc. 11-1 at 2.) The Court accepts those expenses as reasonable, under the circumstances. Plaintiff's motion (doc. 11) is thus **GRANTED**, and defendant Smith is **ORDERED** to pay plaintiff $362.20 within 14 days of the date of this Order.

**SO ORDERED** this 25TH day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2